No. 1239. FIFTH STREET BUILDING *v.* McCOLGAN, FRANCHISE TAX COMMISSIONER. Appeal from the Supreme Court of California. June 1, 1942. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of jurisdiction. Section 237 (a), Judicial Code, as amended, 28 U. S. C., § 344 (a). Treating the papers whereon the appeal was allowed as an application for writ of certiorari as required by § 237 (c) of the Judicial Code, as amended, 28 U. S. C., § 344 (c), certiorari is denied. *Mr. Clark J. Milliron* for appellant. *Messrs. Earl Warren,* Attorney General of California, *H. H. Linney* and *Valentine Brooks* for appellee.

No. 1245. TOOLE ET AL. *v.* MICHIGAN STATE BOARD OF DENTISTRY ET AL. Appeal from the Supreme Court of Michigan. June 1, 1942. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Semler* v. *Dental Examiners,* 294 U. S. 608, and cases cited. *Mr. Edward N. Barnard* for appellants. *Messrs. Herbert J. Rushton,* Attorney General of Michigan, and *Wilbur M. Brucker,* for appellees.

No. —. BAKER *v.* FLORIDA. June 1, 1942. The application for a further stay is denied.

No. —, original. EX PARTE ODELL WALLER. June 1, 1942. The motion for leave to file petition for writ of habeas corpus is denied.